■ PHYLLIS CAMERON, as Administratrix of the Estate of ROBERT C. CAMERON, Deceased, Appellant, v. LANCASTER SPEEDWAY, INC., Respondent. (Action No. 1.)  PHYLLIS CAMERON, as Administratrix of the Estate of ROBERT C. CAMERON, Deceased, Appellant, v. WILLIAM G. HOCTOR, Respondent.  (Action No. 2.) — Order unanimously affirmed without costs of this appeal to any party. (Appeal from order of Erie Special Term permitting the amendment of answers.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ WILLIAM E. REYNOLDS, Respondent, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant.— Order unanimously affirmed, without costs of this appeal to either party.  (Appeal from order of Erie Special Term denying defendant's motion for a separate trial of the defense of release.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ LEONARD PLESKOW et al., Appellants, v. MENNO CONSTRUCTION AND DEVELOPMENT CORP., Respondent.— Order unanimously affirmed, without costs of this appeal to either party.  (Appeal by plaintiffs from order of Erie Special Term affirming an order of City Court of Buffalo, which vacated a default judgment taken by plaintiffs against defendant.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ROOSEVELT SHELTON, Respondent, v. JAMES A. CROWDER, Appellant.— Order unanimously reversed, without costs of this appeal to either party and motion denied, without costs.  Memorandum: The papers failed to show any proper grounds for the granting of a preference.  (Appeal by defendant from order of Erie Supreme Court granting a preference to the plaintiff.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of EDWARD F. GREEN, JR., Appellant, v. SHELDON BROWNE, as Director of Pistol Permit Department, et al., Respondents.— Order unanimously affirmed, without costs of this appeal to any party.  (Appeal from order of Erie Special Term denying petitioner's application for an order directing the respondents to issue a pistol permit.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of JEAN LIPSETT et al., Similarly Situated, Appellants, v. HENRY E. GILLETTE, as Mayor of the City of Rochester, et al., Respondents. — Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe Special Term denying the petition and dismissing the application of petitioners.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ JENSS BUILDING CORPORATION, Appellant, v. STEPHEN NIKITAS, Respondent.— Motions of respondent and appellant returnable October 16, 1962 are held and will be heard at the time of the argument of the appeal now pending in this court.  If defendant is so advised an additional notice of appeal from the judgment entered September 27, 1962 as modified by order dated October 5, 1962 may be served and filed so that there may be no possible question that all issues are before us on the appeal.  Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant-Respondent, v. BOARD OF ASSESSORS OF VILLAGE OF GLEN PARK, Respondents-Appellants.— Motion granted waiving rule X of the Rules of the Appellate Division, Fourth Department, and appeal to be argued at November 1962 Term.

■ ANTHONY J. FERNICOLA et al., Appellants, v. JACOB RUDOLPH, Respondent.— Motion to add appeal to October Term Calendar denied; appeals directed to be argued together, upon condition that they are argued at November 1962 Term.